UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROLYN SIMLEY, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>MICHAEL ASTRUE, Commissioner of )<br>the Social Security Administration, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>3:11-CV-1126-G (BH) |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, plaintiff's motion for summary judgment, filed January 3, 2012, is **GRANTED**, the decision of the

Commissioner is **REVERSED**, and the case will be **REMANDED** to the Commissioner by separate judgment.

December 18, 2012.

/s/ A. Joe Fish
A. JOE FISH
**Senior United States District Judge**