UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN SIMLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:11-CV-1126-G (BH) |
| MICHAEL ASTRUE, Commissioner of | ) | |
| the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, plaintiff's motion for summary judgment, filed January 3, 2012, is **GRANTED**, the decision of the

Commissioner is **REVERSED**, and the case will be **REMANDED** to the Commissioner by separate judgment.

December 18, 2012.

                                    *A. Joe Fish*
                                    **A. JOE FISH**
                                    **Senior United States District Judge**